IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

In re:

DAVID CROWL KEEFER                    Case No. 18-16640 NVA
BARBARA CULOTTA,                      Chapter 13
      Debtors.
_____

NOTICE OF APPEARANCE OF COUNSEL
AND REQUEST FOR NOTICES AND SERVICE OF PAPERS

    NOTICE IS HEREBY GIVEN that Scott R. Robinson of Hofmeister & Breza hereby appears in this matter as counsel for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, a creditor in the above-captioned case, and requests, as provided for in 11 U.S.C. § 342(e) as well as Fed. R. Bankr. P. 2002(g) and 9010, that the undersigned be placed on the mailing matrix for this case and on all special or limited matrices and that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the following at the address set forth below:

    Scott Robinson, Esq.
    Hofmeister & Breza
    11019 McCormick Road, Suite 400
    Hunt Valley, Maryland 21031
    Phone:  (410) 832-8822, ext. 208
    Fax:  (410) 832-8833
    ScottR@hbllaw.com

    /s/ Scott Robinson
    Scott R. Robinson, Bar No. 10184
    Hofmeister & Breza
    11019 McCormick Road, Suite 400
    Hunt Valley, Maryland 21031
    (410) 832-8822 Telephone
    (410) 832-8833 Facsimile
    scottr@hbllaw.com
    *Counsel for Creditor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of May 2018 a copy of the foregoing was served on the parties listed below by first-class mail, unless said party is a registered CM/ECF participant and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

David Crowl Keefer
Barbara Culotta
2818 Pinewick Road
Ellicott City, MD 21042
*(Debtors)*
*Via First Class- U.S. Mail*

Alon Nager
Nager Law Group, LLC
8180 Lark Brown Road, Suite 201
Elkridge, MD 21075
*(Attorney for the Debtors)*
*Via Electronic Mail– CM-ECF*

Nancy Spencer Grigsby
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD 21401
*(Trustee)*
*Via Electronic Mail – CM-ECF*

      /s/ Scott Robinson
      Scott Robinson, Esquire